IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROLANDIS CHATMON
ADC #140078                                                              PLAINTIFF

v.                          No. 4:23-cv-1044-DPM

JAMES GIBSON, Former Superintendent,
ADC; BRANDON CARROLL, Deputy
Warden/Former Chief of Security, Varner
Supermax, ADC; ROOSEVELT BARDEN,
Chief of Security, Varner Supermax, ADC;
and FLORA WASHINGTON, Classification
Officer, Varner Supermax, ADC                                            DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Moore's partial recommendation, Doc. 14, and overrules Chatmon's objections, Doc. 15. Fed. R. Civ. P. 72(b)(3). The letter Chatmon attaches to his objections is dated almost a year after Washington said that "Gibson said he ain't never getting out due to a letter he wrote Gibson." Doc. 15 at 9; Doc. 2 at 7. That letter therefore cannot be the basis of Gibson's alleged retaliation. And his objections don't provide any facts beyond speculation demonstrating that the defendants had a retaliatory motive. *Sisneros v. Nix*, 95 F.3d 749, 752 (8th Cir. 1996). Chatmon's retaliation claims against Gibson, Carroll, Barden, and Washington are dismissed without prejudice. His other claims go

forward as specified. *Doc. 14 at 16.* His motion for prospective injunctive relief, *Doc. 11,* is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2024