IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROLANDIS CHATMON
ADC #140078                                                                                          PLAINTIFF

v.                              No. 4:23-cv-1044-DPM-BBM

JAMES GIBSON, Former Superintendent,
ADC; BRANDON CARROLL, Deputy
Warden/Former Chief of Security, Varner
Supermax, ADC; ROOSEVELT BARDEN,
Chief of Security, Varner Supermax, ADC;
FLORA WASHINGTON, Classification
Officer, Varner Supermax, ADC; and
MARSHALL DALE REED, Chief Deputy
Director, ADC                                                                                     DEFENDANTS

## ORDER

If a trial is needed in this case, it will be held on 25 August 2026.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026