# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ROLANDIS CHATMON**
**ADC #140078**                                                        **PLAINTIFF**

**v.**                          **No. 4:23-cv-1044-DPM-BBM**

**JAMES GIBSON, Former Superintendent,**
**ADC;  BRANDON CARROLL, Deputy**
**Warden/Former Chief of Security, Varner**
**Supermax, ADC;  ROOSEVELT BARDEN,**
**Chief of Security, Varner Supermax, ADC;**
**FLORA WASHINGTON, Classification**
**Officer, Varner Supermax, ADC;  and**
**MARSHALL DALE REED, Chief Deputy**
**Director, ADC**                                                     **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Moore's recommendation, *Doc. 84*, as supplemented.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  The Court also considered Chatmon's motion for judicial notice, *Doc. 85*, which does not object to the recommendation.

Defendants' motion for summary judgment, *Doc. 68*, is partly granted and partly denied.  Chatmon's official-capacity and individual-capacity equal-protection claims are dismissed with prejudice.  His official-capacity and individual-capacity procedural due process and conditions-of-confinement claims proceed.

The supplement:  The Court refers the case back to Magistrate Judge Moore to handle all pretrial matters, including the resolution of Chatmon's motion, *Doc. 85*.  The Court also requests the parties to consider consenting to her presiding over any needed trial and eventual entry of Judgment.  She is now deeply familiar with the issues presented.  The Court directs the Clerk to send consent forms with a copy of this Order to the parties.  If all parties do not notify the Clerk of Court by 20 March 2026 that they consent, I will issue a Final Scheduling Order with pretrial deadlines.  I may also have to reconsider the August 2026 trial date.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
19 February 2026